# BEFORE THE
# UNITED STATES JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re: Local TV Advertising Antitrust Litigation** | MDL DOCKET NO. 2867 |

## PROOF OF SERVICE

I hereby certify that, on August 14, 2018, a copy of the foregoing Corporate Disclosure Statement and this Proof of Service were served by First Class Mail or Electronic Mail as indicated below, to the following:

| | |
|---|---|
| **Via First Class Mail**<br>Grey Television, Inc.<br>c/o C T Corporation System<br>289 S Culver St<br>Lawrenceville, GA, 30046-4805<br><br>*Defendant* | **Via First Class Mail**<br>Hearst Communications<br>c/o C T Corporation System<br>111 Eighth Ave.<br>New York, NY 10011<br><br>*Defendant* |
| **Via First Class Mail**<br>Nexstar Media Group, Inc.<br>545 East John Carpenter Freeway<br>Suite 700<br>Irving, Texas 75062<br><br>*Defendant* | **Via First Class Mail**<br>Tenga Inc.<br>c/o C T Corporation System<br>4701 Cox Road<br>Suite 285<br>Glen Allen, VA 23060<br><br>*Defendant* |

| | |
|---|---|
| **Via First Class Mail**<br>Tribune Media Company<br>Edward Lazarus<br>515 North State Street<br>Chicago, Illinois 60654<br><br>*Defendant* | **Via First Class Mail**<br>Tribune Broadcasting Company, LLC<br>c/o Illinois Corporation Service C<br>801 Adlai Stevenson Drive<br>Springfield, Illinois 62703<br><br>*Defendant* |
| **Via First Class Mail**<br>Sinclair Broadcast Group, Inc.<br>c/o The Corporation Trust, Inc.<br>2405 York Road<br>Suite 201<br>Lutherville Timonium, MD 21093-2264<br><br>*Defendant* | **Via Electronic Mail**<br>James E. Cecchi<br>**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**<br>Caroline F. Bartlett<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>Tel: (973) 994-1700<br>Fax: (973) 994-1744<br>jcecchi@carellabyrne.com<br><br>*Attorneys for Plaintiff Law Offices of Peter Miller P.A., D. Md. 18-cv-02316* |
| **Via Electronic Mail**<br>Asher Alavi<br>Joseph H. Meltzer<br>Kimberly A. Justice<br>Melissa L. Troutner<br>Christopher A. Reese<br>**KESSLER TOPAZ MELTZER & CHECK, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>Fax: (610) 667-7056<br>Email: aalavi@ktmc.com<br>jmeltzer@ktmc.com<br>kjustice@ktmc.com<br>mtroutner@ktmc.com<br>creese@ktmc.com<br><br>*Attorneys for Plaintiff Law Offices of Peter Miller P.A., D. Md. 18-cv-02316* | **Via Electronic Mail**<br>John C. Goodson<br>Matt Keil<br>**KEIL & GOODSON P.A.**<br>406 Walnut Street<br>Texarkana, Arkansas 71854<br>Tel: (870) 772-4113<br>Fax: (870) 773-2967<br>jgoodson@kglawfirm.com<br>mkeil@kglawfirm.com<br><br>*Attorneys for Plaintiff Law Offices of Peter Miller P.A., D. Md. 18-cv-02316* |

Dated: August 14, 2018

Respectfully submitted,

By: */s/ Hollis Salzman*
Hollis Salzman
Kellie C. Lerner
Nahid A. Shaikh
Nathaniel Ament-Stone
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
(212) 980-7400
hsalzman@robinskaplan.com
klerner@robinskaplan.com
nshaikh@robinskaplan.com
nament-stone@robinskaplan.com

Craig K. Wildfang
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500
kcwildfang@robinskaplan.com

Aaron M. Sheanin
Tai S. Milder
**ROBINS KAPLAN LLP**
2440 West El Camino Real, Suite 100
Mountain View, CA 94040
(650) 784-4040
ASheanin@RobinsKaplan.com
TMilder@RobinsKaplan.com

Steven A. Kanner
Michael J. Freed
Robert J. Wozniak
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
(224) 632-4500
skanner@fklmlaw.com
mfreed@fklmlaw.com
rwozniak@fklmlaw.com

*Counsel for Plaintiff Clay, Massey & Assoc. P.C., N.D. Ill. 18-cv-05197*

3