BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Local TV Advertising Antitrust Litigation | MDL Docket No. 2867 |

**PROOF OF SERVICE**

I hereby certify that, on August 14, 2018, a copy of the foregoing Corporate Disclosure Statement was served by First Class Mail or Electronic Mail as indicated below, to the following:

**Via First Class Mail:**
Sinclair Broadcast Group, Inc.
c/o The Corporation Trust, Inc.
2405 York Road, Suite 201
Lutherville Timonium, MD 21093-2264
*Defendant*

**Via First Class Mail:**
Tribune Broadcasting Company, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
*Defendant*

**Via First Class Mail:**
Tribune Media Company
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
*Defendant*

**Via Electronic Mail:**
Hollis Salzman
Kellie C. Lerner
Nahid A. Shaikh
Nathaniel Ament-Stone
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Tel: (212) 980-7400
hsalzman@robinskaplan.com
klerner@robinskaplan.com
nshaikh@robinskaplan.com
nament-stone@robinskaplan.com

*Counsel for Plaintiff Clay, Massey & Assoc. P.C., N.D. Ill. 18-cv-05197*

**Via Electronic Mail:**
Craig K. Wildfang
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel: (612) 349-8500
kcwildfang@robinskaplan.com

*Counsel for Plaintiff Clay, Massey & Assoc. P.C., N.D. Ill. 18-cv-05197*

**Via Electronic Mail:**
Steven A. Kanner
Michael J. Freed
Robert J. Wozniak
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
skanner@fklmlaw.com
mfreed@fklmlaw.com
rwozniak@fklmlaw.com

*Counsel for Plaintiff Clay, Massey & Assoc. P.C., N.D. Ill. 18-cv-05197*

**Via Electronic Mail:**
Aaron M. Sheanin
Tai S. Milder
**ROBINS KAPLAN LLP**
2440 West El Camino Real, Suite 100
Mountain View, CA 94040
Tel: (650) 784-4040
ASheanin@RobinsKaplan.com
TMilder@RobinsKaplan.com

*Counsel for Plaintiff Clay, Massey & Assoc. P.C., N.D. Ill. 18-cv-05197*

Dated: August 14, 2018

By: */s/ Kimberly A. Justice*
Kimberly A. Justice
**KESSLER TOPAZ
 MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: 610-667-7706
Fax: 610-667-7056
Email: kjustice@ktmc.com

*Attorney for Plaintiff Law Offices of Peter Miller, P.A.*