## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In Re: Local TV Advertising Antitrust Litigation** | MDL No. 2867 |

## <u>NOTICE OF RELATED ACTION</u>

Notice is hereby given to the Clerk of the Panel of the existence of a related action pending in the United States District Court for the Northern District of Illinois: *Dozier Law Firm LLC v. Gray Television, Inc., et al.,* No. 1:18-cv-05392 (N.D. Ill.).  Plaintiff asserts the same claims arising from the same wrongful pattern of conduct by Gray Television, Inc., et al., at issue in all related actions currently pending before the Panel.  A copy of the complaint and docket sheet is attached as Exhibit 1.

Dated: August 14, 2018

Respectfully submitted,

/s/ Kenneth A. Wexler

Kenneth A. Wexler
Justin N. Boley
WEXLER WALLACE LLP
55 West Monroe Street, Ste. 3300
Chicago, IL 60603
(312) 346-2222
kaw@wexlerwallace.com
jnb@wexlerwallace.com

*Attorneys for Plaintiff Dozier Law Firm LLC*