BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE LOCAL TV ADVERTISING ANTITRUST LITIGATION | MDL No. 2867 |

## PROOF OF SERVICE

I, Simon B. Paris, hereby certify that a true and correct copy of the foregoing Notice of Related Action has been electronically filed with the Judicial Panel on Multidistrict Litigation on August 20, 2018 by using the CM/ECF system which will send notice of electronic filing to all parties of record, and a copy of the foregoing Notice of Related Action was served by First Class Mail on the following:

| | |
|---|---|
| Sinclair Broadcast Group, Inc.<br>c/o The Corporation Trust, Inc.<br>2405 York Road, Suite 201<br>Lutherville-Timonium, MD 21093 | Nexstar Media Group, Inc.<br>c/o Corporation Service Company d/b/a CSC-Lawyers Inc.<br>211 E. 7th Street, Suite 620<br>Austin, TX 78701 |
| Hearst Communications<br>c/o CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 | Gray Television, Inc.<br>c/o CT Corporation System<br>289 S. Culver St.<br>Lawrenceville, GA 30046-4805 |
| Tribune Media Company<br>c/o Edward Lazarus<br>515 N. State Street<br>Chicago, IL 60654 | Tegna, Inc.<br>c/o CT Corporation System<br>4701 Cox Road, Suite 285<br>Glen Allen, VA 23060 |

Dated: August 20, 2018            By:   /s/ Simon B. Paris
                                        Simon B. Paris
                                        SALTZ, MONGELUZZI,
                                        BARRETT & BENDESKY, P.C.
                                        One Liberty Place, 52nd Floor
                                        1650 Market Street

Philadelphia, PA 19103
Tel: (215) 575-3986
Fax: (215) 496-0999
Email: sparis@smbb.com

*Attorney for Plaintiff Gibbons Ford LP*