**BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE LOCAL TV ADVERTISING** | : | **MDL DOCKET NO. 2867** |
| **ANTITRUST LITIGATION** | : | |
| | : | |

Plaintiffs Dozier Law Firm LLC and Gibbons Ford, LP ("Plaintiffs") in the actions

captioned *Dozier Law Firm LLC v. Gray Television, Inc. et al.*, Case No. 1:18-cv-05392 (N.D.

Ill. Aug. 8, 2018) and *Gibbons Ford, LP v. Gray Television Inc. et al.*, Case No. 1:18-cv-05555

(N.D. Ill. Aug. 14, 2018), respectfully join Plaintiff Clay, Massey & Associates, P.C. ("*Clay*"),

in the action captioned *Clay, Massey & Associates, P.C., et al. v. Gray Television, Inc., et al.*,

Case No. 18-cv-5197 (N.D. Ill. July 30, 2018), in *Clay*'s Motion for the Transfer of Related

Actions to the Northern District of Illinois for Coordinated or Consolidated Pretrial

Proceedings Pursuant to 28 U.S.C. § 1407. (Doc. No. 1.)

Since *Clay* filed its Motion, more cases have been filed, including Plaintiffs' actions.

There are now three cases pending in the Northern District of Illinois[1] and three pending in

the District of Maryland[2] (the "Related Actions").

---

[1]     *Clay, Massey & Associates, P.C. v. Gray Television, Inc. et al.*, Case No. 1:18-cv-05197
(July 30, 2018); *Dozier Law Firm LLC v. Gray Television, Inc. et al.*, Case No. 1:18-cv-05392 (Aug.
8, 2018); *Gibbons Ford, LP v. Gray Television Inc. et al.*, Case No. 1:18-cv-0555 (Aug. 14, 2018).
[2]     *Law Offices for Peter Miller, P.A. v. Sinclair Broadcast Group, Inc.*, Case No. 1:18-cv-
02316-TDC (July 27, 2018); *Ford v. Sinclair Broadcast Group, Inc., et al.*, Case No. 1:18-cv-02372-
TDC (Aug. 2, 2018); *Komito v. Sinclair Broadcast Group, Inc. et al.*, Case No. 1:18-cv-02445-CCB
(Aug. 9, 2018).

Plaintiffs reiterate the reasons stated in *Clay*'s Motion. The most appropriate forum for centralization of the Related Actions is the Northern District of Illinois because:

- A strong nexus exists between the Northern District of Illinois and the facts alleged in the Related Actions;
- The Northern District of Illinois is experienced in managing complex multidistrict litigation, particularly antitrust litigation;
- The Northern District of Illinois is convenient and accessible for potential witnesses, counsel, and the parties;
- One of the Defendants, Tribune Media, is headquartered in the Northern District of Illinois; and
- Three cases have been filed in the Northern District of Illinois.

For these reasons, the most appropriate forum is the Northern District of Illinois.

However, in the alternative, should the Panel decide the Northern District of Illinois is not appropriate, transfer and coordination or consolidation in the District of Maryland would also be proper.

Plaintiffs respectfully request that the Panel grant *Clay*'s Motion to transfer the Related Actions to the Northern District of Illinois for coordinated or consolidated pretrial proceedings.

Dated: August 21, 2018

By: s/ Kenneth A. Wexler
Kenneth A. Wexler
Bethany R. Turke
Justin N. Boley
**WEXLER WALLACE LLP**
55 West Monroe St., Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Email: kaw@wexlerwallace.com
brt@wexlerwallace.com
jnb@wexlerwallace.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Brittany N. Resch
**GUSTAFSON GLUEK PLLC**
220 South Sixth St., Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Email: dgustafson@gustafsongluek.com
       dhedlund@gustafsongluek.com
       mlooby@gustafsongluek.com
       bresch@gustafsongluek.com


Simon Bahne Paris
Patrick Howard
Charles J. Kocher
**SALTZ, MONGELUZZI, BARRETT &
BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 575-3986
Facsimile: (215) 496-0999
Email: sparis@smbb.com
       phoward@smbb.com


R. Brent Irby
**MCCALLUM, HOAGLUND & IRBY, LLP**
905 Montgomery Highway, Suite 201
Vestavia Hills, AL 35216
Telephone: (205) 824-7767
Email: birby@mhcilaw.com


Anthony D. Shapiro
**HAGENS BERMAN SOBOL SHAPIRO
LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: tony@hbsslaw.com


*Counsel for Plaintiff and the Proposed Class*