# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

## MDL – 2867 – In re: Local TV Advertising Antitrust Litigation

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Randal S. Ford | Sinclair Broadcast Group, Inc.; Tribune Media Company; Tribune Broadcasting Company, LLC; and Does 1-20 | D. Maryland | 1:18-cv-02372 | Judge Theodore D. Chuang |
| 2. | Kevin Forbes | Gray Television, Inc.; Hearst Communications; Nexstar Media Group, Inc.; Tegna Inc.; Tribune Media Company; and Sinclair Broadcast Group, Inc. | N.D. Illinois | 1:18-cv-05708 | Judge Virginia M. Kendall |